BEFORE THE FIRST DIVISION, JUNE 8, 1964

**No. 68612.**—Advance Pet Supply Co. *v.* United States, protests 61/3528, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

**No. 68613.**—Zenith Novelty Co. *v.* United States, protests 63/12897, 63/16211, and 63/16505 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl ornaments similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 8, 1964

**No. 68614.**—All-World Trading & Import Co. *v.* United States, protests 61/20979, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of plaintiff was sustained.